UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARCO CARRION,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK; COMMISSIONER RAYMOND W. KELLY; SUPERVISOR POLICE OFFICER JOHN DOE # 1; P.O. ANTHONY RICCI, Shield #09586; and POLICE OFFICER JOHN DOES # 1-10; the individual defendants sued individually and in their official capacities,

                                    Defendants.

**DECLARATION OF SERVICE OF FIRST AMENDED COMPLAINT ON DEFENDANTS CITY OF NEW YORK & KELLY**

08 CV 2175 (MGC) (DF)

------------------------------------------------------------------------X

        I, MICHAEL OLIVER HUESTON, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

        1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On March 6, 2008, at approximately 10:50 a.m., I served the summons and complaint in this matter on defendants CITY OF NEW YORK, and RAYMOND W. KELLY by delivering a copy of same to DOCKET CLERK TAMEKIA MENDES-GAMMON, a person of suitable age and discretion at defendants' place of business, within the state, at LAW DEPARTMENT OF THE CITY OF NEW YORK, 100 Church Street, New York, New York. This person is a Black female, approximately 25 years old, and approximately 5' 7" tall.

        2.     Thereafter, on March 6, 2008, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendants at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendants and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:     New York, New York
              March 7, 2008

                                                                         _____
                                                                       MICHAEL O. HUESTON
                                                                       350 Fifth Avenue, Suite 4810
                                                                       New York, New York 10118