UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCO CARRION,

                Plaintiff,                **ECF CASE**

   -against-                       Docket No. 08-CV-2175(MGC)(DCF)

                                 **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and Police Commissioner Raymond Kelly and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         March 24, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                        the City of New York
                                        Attorney for defendants
                                        City of New York and Police Commissioner
                                        Raymond Kelly
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 442-0832
                                        (212) 788-9776 (fax)


                                        By:   s/ Hugh A. Zuber             .
                                               Hugh A. Zuber (HZ 4935)
                                             Assistant Corporation Counsel