Received:
Mar 24 2008 4:12PM   HP LASERJET FAX

12122272039

Mar 26 2008 04:03pm
(212) 643-2901                p.2

03 50.10 p.m

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MARCO CARRION,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------x

STIPULATION FOR
ENLARGEMENT OF
TIME FOR DEFENDANTS'
CITY OF NEW YORK AND
RAYMOND KELLY TO
ANSWER OR
OTHERWISE RESPOND
TO THE COMPLAINT

08-CV-2175 (MGC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that defendants City of New York and Commissioner Raymond Kelly's[1] time to answer or otherwise respond to the complaint in this action be enlarged from March 26, 2008 to and including May 26, 2008.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation can be executed in counterparts and that a facsimile signature shall be deemed as an original.

Dated: New York, New York
       March 24, 2008

MICHAEL O. HUESTON, ESQ.
Attorney for Plaintiff
350 Fifth Avenue, Suite 4810
New York, New York 10118

By: _____
    Michael O. Hueston (MH 0931)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants City of New York
And Commissioner Raymond Kelly
100 Church Street
New York, New York 10007

By: _____
    Hugh A. Zuber (HZ 6935)

SO ORDERED.

/s/ _____
U.S.D.J. Cedarbaum
March 25, 2008

---

[1] Without appearing on Police Officer Anthony Ricci's behalf or making any representations with respect to service, I also respectfully request that Police Officer Anthony Ricci's time to answer or otherwise respond to the complaint also be extended until May 26, 2008.