UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCO CARRION,

                         Plaintiff,           **ECF CASE**

      -against-                               Docket No. 08-CV-2175(MGC)(DCF)

                                               **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                        Defendants.
---------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Police Officer Anthony Ricci and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          May 23, 2008

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel of
                                                    the City of New York
                                                    Attorney for defendant
                                                    Police Officer Anthony Ricci
                                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 442-0832
                                                    (212) 788-9776 (fax)


                                                    By:   s/ Hugh A. Zuber             .
                                                            Hugh A. Zuber (HZ 4935)
                                                            Assistant Corporation Counsel